**SILVER WHEATON CORP. (SLW)**                                                              **Klein, Steve**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 06/26/2014 | PUR | 200 | $25.5800 |