1  David E. Bower SBN 119546
   Email: dbower@faruqilaw.com
2  **FARUQI & FARUQI, LLP**
   10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, CA 90024
   Telephone: 424-256-2884
4  Facsimile: 424-256-2885

5  Richard W. Gonnello (*pro hac vice* forthcoming)
   Email: rgonnello@faruqilaw.com
6  Megan M. Sullivan (*pro hac vice* forthcoming)
   Email: msullivan@faruqilaw.com
7  Katherine M. Lenahan (*pro hac vice* forthcoming)
   Email: klenahan@faruqilaw.com
8  **FARUQI & FARUQI, LLP**
   369 Lexington Avenue, 10th Floor
9  New York, NY 10017
   Telephone: 212-983-9330
10 Facsimile: 212-983-9331

11 *Attorneys for Proposed Lead Plaintiff Jack Theulen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MASILIONIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>Defendants. | Case No. 2:15-cv-05146 CAS (JEMx)<br><br>**NOTICE OF MOTION AND MOTION OF JACK THEULEN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: October 19, 2015<br>Time: 10:00 A.M.<br>Courtroom: 5 – 2nd Floor |

*(captions continue on next page)*

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>Defendants | Case No. CV15-05173 CAS (JEMx) |

**NOTICE OF MOTION AND MOTION**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on October 19, 2015, or on a date and time set by this Court, Jack Theulen ("Theulen"), by and through his counsel, will and does hereby move this Court for an order granting Theulen's motion for consolidation, appointment as Lead Plaintiff, and approval of his counsel as Lead Counsel (the "Motion").

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on the grounds that the above-captioned actions and any related actions that may be filed should be consolidated due to the fact that these actions raise common issues of fact and law, and consolidation under Fed. R. Civ. P. 42(a) will be more efficient for the Court and the parties involved.[1] Theulen has timely filed his Motion and is the "most adequate plaintiff" under the rules of the PSLRA. Moreover, Theulen meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion as his claims are typical of the other purported class members' claims and he will fairly and adequately represent the putative class. Theulen also seeks the Court's approval of his selection of Faruqi & Faruqi, LLP, a law firm with substantial experience in prosecuting securities fraud class actions, as Lead Counsel pursuant to § 21D(a)(3)(B)(v).

This Motion is based on the accompanying memorandum of law in support

---

[1] Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Theulen will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Theulen respectfully requests that the conferral requirement of Rule 7-3 be waived.

1

1 hereof, the declaration of David E. Bower filed herewith, the pleadings and other
2 filings herein, and other such written and oral argument as may be permitted by the
3 Court.

Dated: September 8, 2015          Respectfully submitted,

By: /s/ *David E. Bower*
     David E. Bower

**FARUQI & FARUQI, LLP**
David E. Bower
SBN 119546
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimilie: 424-256-2885
Email: dbower@faruqilaw.com

Richard W. Gonnello (*pro hac vice* forthcoming)
Megan M. Sullivan (*pro hac vice* forthcoming)
Katherine M. Lenahan (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
     msullivan@faruqilaw.com
     klenahan@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Jack Theulen and [Proposed] Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2015 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of such filing to counsel of record.

By: */s/ David E. Bower*
David E. Bower