| | |
|---|---|
| 1 | David E. Bower SBN 119546 |
| | Email: dbower@faruqilaw.com |
| 2 | **FARUQI & FARUQI, LLP** |
| | 10866 Wilshire Boulevard, Suite 1470 |
| 3 | Los Angeles, CA 90024 |
| | Telephone: 424-256-2884 |
| 4 | Facsimile: 424-256-2885 |

1  David E. Bower SBN 119546
   Email: dbower@faruqilaw.com
2  **FARUQI & FARUQI, LLP**
   10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, CA 90024
   Telephone: 424-256-2884
4  Facsimile: 424-256-2885

5  Richard W. Gonnello (*pro hac vice* forthcoming)
   Email: rgonnello@faruqilaw.com
6  Megan M. Sullivan (*pro hac vice* forthcoming)
   Email: msullivan@faruqilaw.com
7  Katherine M. Lenahan (*pro hac vice* forthcoming)
   Email: klenahan@faruqilaw.com
8  **FARUQI & FARUQI, LLP**
   369 Lexington Avenue, 10th Floor
9  New York, NY 10017
   Telephone: 212-983-9330
10 Facsimile: 212-983-9331

11 *Attorneys for Proposed Lead Plaintiff Jack Theulen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MASILIONIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>Defendants. | Case No. 2:15-cv-05146 CAS (JEMx)<br><br>**[PROPOSED] ORDER GRANTING JACK THEULEN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Christina A. Snyder<br>Hearing Date: October 19, 2015<br>Time: 10:00 A.M.<br>Courtroom:  5 – 2nd Floor |

*(captions continue on next page)*

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>                              Defendants | Case No. CV15-05173 CAS (JEMx) |

1  WHEREAS, two putative class actions asserting claims under the federal securities laws have been filed in the Central District of California; and

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), on July 8, 2015, first-filed plaintiff Chris Masilionis published notice via *Business Wire*, a widely circulated national business-oriented wire service, advising members of the putative class (the "Class") of the pendency of the action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before September 8, 2015; and

WHEREAS, Jack Theulen ("Theulen") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Theulen has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Theulen seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2015, the Court having considered Theulen's Motion for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

## CONSOLIDATION

1. The motion of Theulen to consolidate the above-captioned actions

1

(the "Consolidated Action") is GRANTED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Consolidated Action is to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial.

3. Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: SILVER WHEATON CORP. SECURITIES LITIGATION | CA NO. 2:15-CV-05146 CAS (JEMx) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | |

4. The file in Civil Action No. 2:15-CV-05146 CAS (JEMx) shall constitute the master file for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption. When a pleading applies to only some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the document number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5. All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action with good cause shown.

2

## LEAD PLAINTIFF

7. The motion of Theulen to serve as Lead Plaintiff in the Consolidated Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Theulen is appointed as Lead Plaintiff for the Class.

## LEAD COUNSEL

8. The motion of Theulen for approval of his counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

IT IS SO ORDERED.

DATED:_____  _____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE