David E. Bower SBN 119546
Email: dbower@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Richard W. Gonnello (*pro hac vice* forthcoming)
Email: rgonnello@faruqilaw.com
Megan M. Sullivan (*pro hac vice* forthcoming)
Email: msullivan@faruqilaw.com
Katherine M. Lenahan (*pro hac vice* forthcoming)
Email: klenahan@faruqilaw.com
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Jack Theulen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MASILIONIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>Defendants. | Case No. 2:15-cv-05146 CAS (JEMx)<br><br>**DECLARATION OF DAVID E. BOWER IN SUPPORT OF JACK THEULEN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: October 19, 2015<br>Time: 10:00 A.M.<br>Courtroom: 5 – 2nd Floor |

*(captions continue on next page)*

---

**DECLARATION OF DAVID E. BOWER IN SUPPORT OF JACK THEULEN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL 2:15-CV-05146 CAS (JEMx)**

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>SILVER WHEATON CORP., RANDY V.J. SMALLWOOD, PETER BARNES, AND GARY BROWN,<br><br>            Defendants | Case No. CV15-05173 CAS (JEMx) |

I, David E. Bower, hereby declare as follows:

1. I am a member of good standing in the bar of the State of California and am admitted to this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Jack Theulen ("Theulen") for (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of Faruqi & Faruqi, LLP to serve as Lead Counsel.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A: First Notice of Pendency of a Class Action
Exhibit B: PSLRA Certification of Theulen
Exhibit C: Chart of Theulen's Losses
Exhibit D: Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of September 2015 at Los Angeles, California.

*/s/ David E. Bower*
David E. Bower

1

**DECLARATION OF DAVID E. BOWER IN SUPPORT OF JACK THEULEN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL 2:15-CV-05146 CAS (JEMx)**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2015 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of such filing to counsel of record.

By: */s/ David E. Bower*
David E. Bower

2

DECLARATION OF DAVID E. BOWER IN SUPPORT OF JACK THEULEN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL 2:15-CV-05146 CAS (JEMx)