# EXHIBIT A




# EQUITY ALERT: The Rosen Law Firm Files Securities Class Action Lawsuit Against Silver Wheaton Corp.

July 08, 2015 06:20 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The Rosen Law Firm, a global investor rights law firm, announces that it has filed a class action lawsuit on behalf of purchasers of Silver Wheaton Corp. (NYSE:SLW) securities from March 30, 2011 through July 6, 2015, all dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Silver Wheaton investors under the federal securities laws.

To join the Silver Wheaton class action, go to the website at http://www.rosenlegal.com/cases-662.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for information on the class action. The lawsuit is pending in U.S. District Court for the Central District of California.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, defendants throughout the Class Period issued materially false and misleading statements to investors and/or failed to disclose that: (1) Silver Wheaton's financial statements contained errors concerning income tax owed from the income generated by its foreign subsidiaries; (2) Silver Wheaton lacked adequate internal controls over its financial reporting; and (3) as a result of the foregoing, Silver Wheaton's financial statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than September 8, 2015. If you wish to join the litigation, go to the firm's website at http://www.rosenlegal.com/cases-662.html or to discuss your rights or interests regarding this class action, please contact, Phillip Kim, Esq. or Kevin Chan, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or kchan@rosenlegal.com.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

Contacts

Ex. A
Page 4

The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Kevin Chan, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: 212-686-1060
Toll Free: 866-767-3653
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
kchan@rosenlegal.com
www.rosenlegal.com