# EXHIBIT C

**LIFO Losses in Silver Wheaton (SLW)**
**90-Day: $13.206818**
**Class Period: 3/30/2011 - 7/6/2015**
**Investors: Jack Theulen**



| Transaction | Security | Date | Units | Price | Cost | Transaction | Security | Date | Units | Price | Proceeds | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE TRANSACTIONS | | | | | SALES TRANSACTIONS | | | |
| Purchase | Common Stock | 2/8/2012 | 3,000 | $35.9875 | $107,962.50 | | | | | | | |
| Purchase | Common Stock | 2/8/2012 | 3,000 | $35.9875 | $107,962.50 | | | | | | | |
| Purchase | Common Stock | 2/8/2012 | 3,000 | $35.9875 | $107,962.50 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (540) | $38.3800 | (20,725.20) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (100) | $38.3700 | (3,837.00) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (50) | $38.3400 | (1,917.00) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (300) | $38.3600 | (11,508.00) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (400) | $38.3500 | (15,340.00) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (200) | $38.3300 | (7,666.00) | |
| | | | | | | Sale | Common Stock | 3/2/2012 | (1410) | $38.3200 | (54,031.20) | -$7,061.90 |
| Purchase | Common Stock | 3/5/2012 | 300 | $35.8800 | $10,764.00 | | | | | | | |
| Purchase | Common Stock | 3/5/2012 | 700 | $35.9800 | $25,186.00 | | | | | | | |
| Purchase | Common Stock | 3/5/2012 | 3000 | $35.9799 | $107,939.70 | | | | | | | |
| Purchase | Common Stock | 8/23/2012 | 2000 | $33.9600 | $67,920.00 | | | | | | | |
| Purchase | Common Stock | 8/23/2012 | 1900 | $38.0072 | $72,213.68 | | | | | | | |
| Purchase | Common Stock | 9/13/2012 | 100 | $38.0084 | $3,800.84 | | | | | | | |
| | | | | | | Sale | Common Stock | 4/15/2013 | (7900) | $23.8101 | (188,099.79) | |
| | | | | | | Sale | Common Stock | 4/15/2013 | (100) | $23.8160 | (2,381.60) | $97,342.83 |
| Purchase | Common Stock | 4/16/2013 | 9000 | $24.7500 | $222,750.00 | | | | | | | |
| | Class Period Common Stock Purchases | | 26,000 | Total Costs | $834,461.72 | | Shares Held Post-Class Period | | 15,000 | Total Sales | ($305,505.79) | MATCHED LOSS* $ 90,280.93 |
| | | | | | | | | | | | | UNMATCHED LOSS (Look-Back)** $ 240,572.73 |
| | | | | | | | | | | | | Total LIFO Loss $330,853.66 |

*Under a LIFO calculation, the last (or most recently) purchased shares are matched against the first (or least recently) shares sold during the class period. Transactions that can be matched must have occurred during the class period.
**Under a LIFO calculation, unmatched shares purchased and retained during the class period (those which are not offset by matching sales) are matched against a value equal to the 90 day post-class period average price.

Ex. C
Page 10