1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS-PJWx<br>c/w 15-cv-5173-CAS(PJWx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR STAY PENDING DOCUMENTATION OF SETTLEMENT |
| --- | --- |

The Court having received and reviewed the parties' stipulation filed on December 12, 2019, to stay this Action while the Parties document their proposed class action settlement:

IT IS HEREBY ORDERED THAT:

1.     All deadlines in this Action are stayed until January 10, 2020;

2.     The deadlines for opposition and reply briefs regarding Plaintiffs' Motion for Partial Judgment on the Pleadings are vacated;

3.     The hearing date for Plaintiffs' Motion for Partial Judgment on the Pleadings is taken off calendar;

1        4.    Plaintiffs shall file their Motion for Preliminary Approval of Settlement

2    on or before January 10, 2020.

3

4    Dated: December 12, 2019

5    THE HONORABLE CHRISTINA A. SNYDER
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR STAY PENDING DOCUMENTATION OF
SETTLEMENT; NO. 2:15-CV-05146-CAS-PJWx