1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Silver Wheaton Corp. Securities Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 2:15-cv-05146-CAS (PJWx) c/w: 2:15-cv-05173-CAS (PJWx) <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND STAY PENDING DOCUMENTATION OF SETTLEMENT** <br><br> **JUDGE:  Hon. Christina A. Snyder** |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

[PROPOSED] ORDER GRANTING STIP. TO EXTEND
STAY PENDING DOCUMENTATION OF SETTLEMENT
2:15-cv-05146-CAS(PJWx)

1  The Court having received and reviewed the parties' stipulation filed on
2  January 8, 2020 to extend the stay of this Action from January 10, 2020 to January
3  24, 2020, while the Parties document their proposed class action settlement:
4  IT IS HEREBY ORDERED THAT:
5  1. The stay of all deadlines in this Action is extended until January 24,
6  2020; and
7  2. Plaintiffs shall file their Motion for Preliminary Approval of Settlement
8  on or before January 24, 2020.
9  IT IS SO ORDERED.

11  Dated: January 9, 2020

*[signature: Christina A. Snyder]*

Honorable Christina A. Snyder
United States District Court Judge