# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS (PJWx) c/w: 2:15-cv-05173-CAS (PJWx) <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND STAY PENDING DOCUMENTATION OF SETTLEMENT <br><br> JUDGE: Hon. Christina A. Snyder |

The Court having received and reviewed the parties' stipulation filed on January 31, 2020, to extend the stay of this Action from January 31, 2020 to February 10, 2020 while the Parties document their proposed class action settlement:

IT IS HEREBY ORDERED THAT:

1. The stay of all deadlines in this Action is extended until February 10, 2020; and

/ / /

/ / /

1  2. Plaintiffs shall file their Motion for Preliminary Approval of
2  Settlement on or before February 10, 2020.
3  IT IS SO ORDERED.
4  Dated: January 31, 2020

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge